Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**POLLOCK, M.**

**3203 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–09–CR–0001386–2010 (Bucks)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**ODOM, D.**

**3229 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–23–CR–0003548–2016 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**ODOM, D.**

**3231 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–23–CR–0003532–2016 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: L.C.L., a Minor**

**3556 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000424–2016 (Philadelphia)

Affirmed

**W.J.H.**

v.

**D.H.**

**3883 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

2007–12894 (Delaware)

Affirmed

